**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1091**

KAPRINA GLENN,

Petitioner - Appellant,

v.

FOOTHILLS PROPERTY MANAGEMENT, LLC,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  William Stevens Brown, V, Magistrate Judge.  (8:24-cv-07694-JDA)

Submitted:  July 24, 2025                                    Decided:  July 28, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Kaprina Glenn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaprina Glenn filed this action in the district court, seeking to remove an eviction proceeding filed against her by her landlord in state court to a federal court. Glenn seeks to appeal the report and recommendation filed by the magistrate judge recommending remanding the action to the state court for lack of subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Glenn seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Haney v. Addison*, 175 F.3d 1217, 1219 (10th Cir. 1999) ("Absent both designation by the district court and consent of the parties, a magistrate[ judge]'s recommendation is not a final appealable decision . . . ."). Accordingly, we dismiss Glenn's appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2